**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY, & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
LAURA MADRID, *et al*.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, individually and as co-successor-in-interest to Decedent CONRAD MADRID; MICHAEL MADRID, individually and as co-successor-in-interest to Decedent CONRAD MADRID; C.M., the minor child of Decedent CONRAD MADRID, by and through Guardian Ad Litem COLLEEN LUJAN,<br><br>       Plaintiffs,<br>   vs.<br><br>COUNTY OF TULARE, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>       Defendants. | CASE NO.: 1:24-cv-00351-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND MANDATORY SCHEDULING CONFERENCE DATE** |

The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order to extend the date of the Mandatory Scheduling Conference to at least 60 days following the currently set date.

1  Whereas on June 4, 2024, counsel for Plaintiffs and counsel for Defendant met and conferred.

2  Whereas Plaintiffs agreed to finalize the initial disclosures and amend the complaint.

3  Whereas the current date of the Mandatory Scheduling Conference is June 25, 2024.

4

5  As such, the parties respectfully stipulate to extend the date of the Mandatory Scheduling

6  Conference by at least 60 days, with no other changes to the current litigation schedule.

7  It is so stipulated.

8

9  Dated: June 12, 2024                **BURRIS, NISENBAUM, CURRY, & LACY, LLP**

10                                     /s/ *James Cook*
11                                     James Cook
                                       Attorney for Plaintiffs
12

13 Dated: June 12, 2024                **LEBEAU THELEN, LLP**

14                                     By: /s/ *Gary L. Logan*
15                                     Gary L. Logan
                                       Attorney for Defendant
16

17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

*Madrid, et al, v. County of Tulare*
*U.S. District Court, Eastern District of California*
*Case No.: 1:24-cv-00351-BAM*

STATE OF CALIFORNIA, COUNTY OF KERN

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is:  5001 E. Commercenter Drive, Suite 300, Bakersfield, California 93309.  On June 12, 2024, I served the within **STIPULATION AND PROPOSED ORDER TO EXTEND MANDATORY SCHEDULING CONFERENCE DATE** on the interested parties in said action as follows:

JOHN L. BURRIS Esq.
BENJAMIN NISENBAUM, Esq.
JAMES COOK, Esq.
BURRIS, NISENBAUM, CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: James.Cook@johnburrislaw.com
*Attorney for Plaintiffs Laura Madrid, et al*

    (XX)   **BY COURT'S CM/ECF SYSTEM** - Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 12, 2024, at Bakersfield, California.

    */s/ GRACIE C. WITTHANS*
    GRACIE C. WITTHANS

**ORDER**

Good cause appearing, it is hereby ordered: The date of the Mandatory Scheduling Conference is continued from the current date of the conference on June 25, 2024 to **August 29, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall submit a joint scheduling report one week prior to the conference. The parties shall appear at the conference remotely with each party appearing either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **June 12, 2024**             /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE