UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, individually and as co-successor-in-interest to Decedent CONRAD MADRID; MICHAEL MADRID, individually and as co-successor-in-interest to Decedent CONRAD MADRID; C.M., the minor child of Decedent CONRAD MADRID, by and through Guardian Ad Litem COLLEEN LUJAN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE,<br><br>Defendant. | Case No. 1:24-cv-00351-BAM<br><br>**ORDER GRANTING PETITION OF COLLEEN LUJAN FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF C.M.**<br><br>(Doc. 16) |

Currently before the Court is the petition of Colleen Lujan to be appointed as guardian ad litem for Plaintiff C.M., a minor. (Doc. 16.)

Federal Rule of Civil Procedure 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). This requires a district court to take whatever measures it deems proper to protect the individual during litigation. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986). In pertinent part, Local Rule 202(a) of this Court further states:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian ad litem by the Court, or . . . a showing satisfactory to the Court that no

1

such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*See* L.R. 202(a). The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *30.64 Acres*, 795 F.2d at 804. Courts have approved legal guardians as guardians ad litem given their aligned interests. *See Ramirez Fonua v. City of Hayward*, No. 21-CV-03644 SBA, 2022 WL 36007, at *2 (N.D. Cal. Jan. 4, 2022) (appointing legal guardian grandmother as guardian ad litem); *Velez v. Bakken*, No. 2:17-cv-960 WBS KJN, 2019 WL 358703, at *1 (E.D. Cal. Jan. 29, 2019)(granting motion to appoint guardians ad litem where each "guardian ad litem is either the biological parent or the legal guardian of their respective minor(s).").

The Court has considered the application of Colleen Lujan for appointment as guardian ad litem for Plaintiff C.M. and finds no apparent conflict that would preclude Ms. Lujan from serving as guardian ad litem. The application indicates that Ms. Lujan is the legal guardian of C.M. and is willing to serve as C.M.'s guardian ad litem until C.M. turns eighteen. (Doc. 16 ¶¶ 1, 5.) The petition further indicates that Ms. Lujan is fully competent to understand and protect the rights of the minor. (*Id.* ¶ 5.) The petition also states that Ms. Lujan has no adverse interest to C.M. because their interests regarding liability and damages are totally aligned, and notes that the family relationships advance each other's interests and that Ms. Lujan is best positioned as legal guardian to act in C.M.'s interests. (*Id.*)

Accordingly, IT IS HEREBY ORDERED that Colleen Lujan is appointed in this action as guardian ad litem for minor Plaintiff C.M.

IT IS SO ORDERED.

Dated: **September 23, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE