**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY, & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
LAURA MADRID, *et al*.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF TULARE, et al., <br><br> Defendants. | CASE NO.: 1:24-cv-00351-BAM <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO STAY PROCEEDINGS** |

    The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order to stay the proceedings.

    Whereas, during the normal course of discovery, Plaintiffs identified new defendants who Plaintiffs intend to name in this matter.

    Whereas, the parties met and conferred and stipulated to allow Plaintiffs to name Wellpath Management, Inc., and Wellpath nurse Cathy Wojtasiewicz as defendants in this matter.

    Whereas, Wellpath Management Inc. is currently subject to a stay pending bankruptcy proceedings in the matter of Movants v Wellpath LLC, 24-90533.

Whereas, Plaintiffs in this matter have filed claims against Wellpath Management in the bankruptcy matter, and intend to add Wellpath Management Inc. and Nurse Cathy Wojtasiewicz in the instant matter once the bankruptcy stay is lifted.

Whereas, the current bankruptcy stay is set to be in place until April 30, 2025.

Whereas, the parties intend to conduct discovery and depositions with Wellpath Management Inc. and Nurse Wojtasiewicz.

Whereas, if the instant matter is not stayed, the parties will be forced to engage in duplicative discovery efforts once the bankruptcy stay is lifted and Wellpath Management Inc. is able to appear in this matter.

As such, the parties respectfully request and stipulate to stay the current proceedings and vacate deadlines until the stay in the Wellpath Management Inc. bankruptcy matter is lifted.

It is so stipulated.

It is so stipulated.

Dated:  April 15, 2025				**BURRIS, NISENBAUM, CURRY, & LACY, LLP**

						/s/ *James Cook*
						James Cook
						Attorney for Plaintiffs


Dated:  April 15, 2025				**LEBEAU THELEN, LLP**

						By: /s/ *Gary L. Logan*
						Gary L. Logan
						Attorney for Defendant

**ORDER**

Good cause appearing, it is hereby ordered: the current matter is stayed, and all pending pretrial dates are vacated. Plaintiffs shall file an updated brief by May 2, 2025 to update the Court regarding the status of the stay in the bankruptcy matter.

IT IS SO ORDERED.

Dated: **April 15, 2025**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE