**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**BURRIS, NISENBAUM, CURRY, & LACY, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
LAURA MADRID, *et al*.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF TULARE, et al., <br><br> Defendants. | CASE NO.: 1:24-cv-00351-BAM <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER CORRECTING NAMED DEFENDANTS IN FIRST AMENDED COMPLAINT** |

The parties, by and through their respective attorneys, respectfully submit the following

stipulation and proposed to correct the named defendants in the First Amended Complaint.

Whereas, on June 30, 2025 the Court granted the parties' stipulation for leave for Plaintiffs to

file a first amended complaint naming WELLPATH MANAGEMENT INC. and Nurse

WOJTASIEWICZ as defendants in this matter.

Whereas, on June 20th, July 1st, and July 11th, Counsel for Plaintiff met and conferred with

outside counsel representing Plaintiffs in the bankruptcy matter in an attempt to ensure Plaintiff

named the correct defendants in the instant matter in consideration of the bankruptcy proceedings. On

July 14, 2025 outside counsel advised that the correct defendants in this matter should be CALIFORNIA FORENSIC MEDICAL GROUP (CFMG), who is a subsidiary company of Wellpath Management Inc. Outside counsel further advised that the WELLPATH LIQUIDATING TRUST should be a named defendant to ensure Plaintiffs can secure their claims against CFMG.

Whereas, the parties met and conferred and stipulate to allow Plaintiffs to name CALIFORNIA FORENSIC MEDICAL GROUP, INC., and WELLPATH LIQUIDATING TRUST as defendants in place of WELLPATH MANAGEMENT INC. Nurse WOJTASIEWICZ shall also remain as a newly named defendant.

It is so stipulated.

Dated:  July 15, 2025          **BURRIS, NISENBAUM, CURRY, & LACY, LLP**

/s/ *James Cook*
James Cook
Attorney for Plaintiffs

Dated:  July 15, 2025          **LEBEAU THELEN, LLP**

By: /s/ *Gary L. Logan*
Gary L. Logan
Attorney for Defendant

////

////
////
////
////
////
////
////
////
////
////

1

2
## <u>ORDER</u>

3
    Plaintiffs filed a First Amended Complaint naming California Forensic Medical Group and

4
Wellpath Liquidating Trust as defendants in this matter on July 14, 2025.  (*See* Doc. 36.)

5
Accordingly, good cause appearing, it is hereby ordered nunc pro tunc that Plaintiff's First Amended

6
Complaint may name CALIFORNIA FORENSIC MEDICAL GROUP and WELLPATH

7
LIQUIDATING TRUST as defendants in this matter in place of WELLPATH MANAGEMENT

8
INC.

9

10

11
IT IS SO ORDERED.

12
    Dated:   **July 15, 2025**               /s/ *Barbara A. McAuliffe*

13
                                  UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28