UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., | Case No.  1:24-cv-00351-FRS (EPG) |
| Plaintiffs, | **ORDER APPROVING PARTIES' STIPULATION TO EXTEND TIME FOR MEDICAL DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | (Doc. 59) |

The Court has reviewed the parties' status report and stipulation.  (Doc. 59.)

The Court notes it has granted two prior extensions of time for Defendants California Forensic Medical Group, Inc. and Cathy Wojtasiewicz (dec.) (the "Medical Defendants") to answer or otherwise respond to the first amended complaint.  (*See* Docs. 54, 56.)

Pursuant to the stipulation, and cause appearing, the deadline for Defendants California Forensic Medical Group, Inc. and Cathy Wojtasiewicz (dec.) to answer or otherwise respond to the first amended complaint is extended an additional sixty (60) days from January 16, 2026 to March 17, 2026.  (Doc. 59.)

\\\

\\\

\\\

\\\

1

However, the parties are cautioned that the Court is not inclined to grant further extensions to this deadline.

IT IS SO ORDERED.

Dated:    **January 16, 2026**            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2