UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., | Case No.  1:24-cv-00351-FRS (EPG) |
| Plaintiffs, | **ORDER GRANTING LEAVE TO FILE STIPULATED SECOND AMENDED COMPLAINT** |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 61) |
| Defendants. | **THIRTY DAY DEADLINE** |

On March 9, 2026, the parties filed a stipulation and proposed order for leave for Plaintiffs to file a second amended complaint, in which Plaintiffs intend to amend the complaint to (1) change the Wellpath Liquidating Trust to a Nominal defendant, and (2) name the Estate of Wojtasiewicz in place of the deceased Defendant Wojtasiewicz.

Good cause appearing, and as stipulated pursuant to Fed. R. Civ. P. 15(a)(2), it is hereby ordered: **within 30 days** from the date of this order, Plaintiffs shall file a second amended complaint to change Defendant Wellpath Liquidating Trust to a Nominal defendant, and to change Defendant Wojtasiewicz to the Estate of Defendant Wojtasiewicz.

IT IS SO ORDERED.

Dated:  **March 10, 2026**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1