# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., | Case No. 1:24-cv-00351-FRS (EPG) |
| Plaintiffs, | ORDER GRANTING JUSTIN T. SPENCER'S *PRO HAC VICE* APPLICATION |
| v. | |
| COUNTY OF TULARE, et al., | (ECF No. 62) |
| Defendants. | |

Before the Court is the application of Justin T. Spencer, attorney for Defendants California Forensic Medical Group, Inc. and Cathy Wojtasiewicz for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **March 10, 2026**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

1