UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., | Case No.  1:24-cv-00351-FJS |
| Plaintiffs, | **ORDER RE MARCH 25, 2026, STATUS CONFERENCE** |
| v. | (Doc. 69) |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

On March 25, 2026, the Court convened a Status Conference to address service of the Second Amended Complaint.  As agreed at the conference, Plaintiffs are ORDERED to file a status report within **fourteen (14) days** of the date of this order regarding the status of service on Wellpath Liquidating Trust.

IT IS SO ORDERED.

Dated:   **March 25, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1