UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et al., | Case No. 1:24-cv-00351-FJS |
| Plaintiffs, | ORDER SETTING DEADLINE FOR CONSENT/DECLINE FORMS AND REQUIRING PLAINTIFFS TO SERVE WELLPATH LIQUIDATING TRUST WITH A COPY OF THIS ORDER |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | ORDER VACATING MAY 22, 2026 HEARING |
| | SEVEN-DAY DEADLINE |

On September 12, 2024, the parties consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. 636(c)(1), and the Court authorized the action to proceed before the assigned United States magistrate judge for all further proceedings. (ECF No. 15.) On March 31, 2026, Plaintiffs filed proof of service on the docket indicated that Wellpath Liquidating Trust had been served. (ECF No. 72.) Wellpath Liquidating Trust's responsive pleading is due on or before May 26, 2026. (*Id.*)

The Ninth Circuit has ruled that 28 U.S.C. § 636(c)(1) requires the consent of all named plaintiffs and defendants before jurisdiction may vest in a Magistrate Judge to dispose of a civil case. *Williams v. King*, 875 F.3d 500, 503-504 (9th Cir. 2017); *Calderon v. United States*, No.

1:17-CV-00040-BAM, 2019 WL 1199855, at *1 (E.D. Cal. Mar. 14, 2019), *report and recommendation adopted sub nom. Calderon v. Tulare Reg'l Med. Ctr.*, No. 1:17-CV-00040-DAD-BAM, 2019 WL 1745866 (E.D. Cal. Apr. 18, 2019) (nominal defendants must consent before magistrate judge jurisdiction is established under 28 U.S.C. § 636(c)(1)). While all other parties to this action have consented to the jurisdiction of a United States magistrate judge, Wellpath Liquidating Trust must consent before jurisdiction may vest under 28 U.S.C. § 636(c)(1).

The Court seeks to properly assess the handling of the pending motion to dismiss (ECF No. 71). Consequently, within seven (7) days from the date of this order, Plaintiffs are instructed to serve a copy of this order on Wellpath Liquidating Trust. The deadline for Wellpath Liquidating Trust to submit its Consent/Decline of U.S. Magistrate Judge Jurisdiction forms is set May 29, 2026.  If any party that has not already consented to magistrate judge jurisdiction requests reassignment to a United States district judge, the Clerk of the Court will randomly assign a district judge as presiding judge, with the magistrate judge continuing to be assigned to the case for those purposes anticipated by the local rules. Parties may consent or withhold consent without any adverse consequences. While any party that has not already consented to magistrate judge jurisdiction is free to withhold consent, receipt of a consent designation assists the Court in determining how the action will be administratively processed. The hearing on the motion to dismiss (ECF No. 71) currently set for May 22, 2026, is taken OFF CALENDAR pending receipt of the parties' consent/decline forms.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2