UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MADRID, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE, et. al.,<br><br>Defendants. | Case No. 1:24-cv-00351-JLT-FJS<br><br>ORDER GRANTING JILLIANN LEIGH TATE'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 84) |

Before the court is the application of Jilliann Leigh Tate, attorney for Defendants California Forensic Medical Group, Inc. and Estate of Cathy Wojtasiewicz for admission to practice *pro hac vice*. L.R. 180(b)(2).

Attorneys practicing in the Eastern District of California must be members of the bar of this court, which requires that an attorney be an active member in good standing with the State Bar of California. L.R 180. This district also permits those attorneys who are members in good standing and eligible to practice before the bar of any federal or state court to participate in a case before this court provided the attorney has been retained for the matter and has filed an application to practice *pro hac vice*. L.R. 180(b)(2). *Pro vice hac* admission is designed for those attorneys who are unlicensed in California and seeking to appear as "one time or occasional practitioners." *Finder v. Leprino Foods Co.,* No. 1:13-CV-02059-AWI-BAM, 2019 WL 6894468 (E.D. Cal. Dec. 18, 2019).

The court notes that this is Petitioner's fifth *pro hac vice* application in this district in the past twelve months. Accordingly, the court reminds Petitioner that *pro hac vice* for out-of-state attorneys is unavailable if, among other grounds, "the attorney is regularly engaged in professional activities in California." *See* L.R 180(d). Nonetheless, in the instant case, the undersigned HEREBY GRANTS Petitioner's application for admission to practice *pro hac vice.* The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE